## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | | |
|---|---|---|---|
| RE:  DWAYNE N FULTON SR | ) | Case No. 23 B 06770 | |
| | ) | | |
| | ) | Chapter 13 | |
| Debtor(s) | ) | | |
| | ) | Judge: TIMOTHY A BARNES | |

### TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

**COMES NOW** Thomas H. Hooper, Chapter 13 Trustee duly appointed to administer the instant case ("Trustee"), and hereby OBJECTS to confirmation of the Chapter 13 plan filed by Debtor(s), in advance of the confirmation hearing set for September 28, 2023 10:30 am, for the following:

The plan fails to provide a required pool to allowed general unsecured claims as required by the liquidation analysis of 11 U.S.C. § 1325(a)(4). The Trustee requests that §5.1 of the plan be amended to provide a 100% distribution to general, unsecured creditors.

The plan proposes to pay an anticipated claim of the Cook County Treasurer in §3.1 of the plan. The Trustee objects to the Treasurer being paid in §3.1 ("maintenance of payments and cure of default"), as opposed to §3.2. Further, the Trustee objects to confirmation until such time as a claim is filed by the Treasurer to ensure proper administration.

**WHEREFORE**, the Trustee prays the Court to enter an Order denying confirmation of the proposed Chapter 13 plan, and for such other and further relief as the Court may deem just and proper. In the alternative, the Trustee requests a hearing on the matter.

Dated: September 11, 2023

/s/ Thomas H. Hooper

Thomas H. Hooper
Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603
(312) 294-5900

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| RE:  DWAYNE N FULTON SR | ) | Case No. 23 B 06770 |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Judge: TIMOTHY A BARNES |

## CERTIFICATE OF SERVICE

I, Emily Baez, do hereby certify that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age; and that on the date indicated herein below, I served copies of the foregoing TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN by depositing a copy of the same in a postage-paid envelope with the United States Postal Service or by electronic means, as indicated.

| | |
|---|---|
| BENJAMIN LEGAL SERVICES<br>*Attorney for Debtor* | (via CM/ECF) |
| Patrick Layng<br>United States Trustee | (via CM/ECF) |
| DWAYNE N FULTON SR<br>2814 W ARTHINGTON ST<br>CHICAGO, IL 60612-4002<br>*Debtor* | (via U.S. Postal Service) |

Dated: September 11, 2023                                               /s/ Emily Baez

Emily Baez
Office of the Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603
(312) 294-5900